Dismissed and Memorandum Opinion filed July 15, 2004









Dismissed and Memorandum Opinion filed July 15, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00634-CR

____________

 

DASHONDA LYN
MOSS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

Harris County,
Texas

Trial Court Cause No. 969,616

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated robbery.  In accordance with the terms of a plea
bargain agreement with the State, on March 25, 2004, the trial court sentenced
appellant to confinement for ten years in the Institutional Division of the
Texas Department of Criminal Justice.  No
motion for new trial was filed. 
Appellant filed an untimely pro se notice of appeal on June 17,
2004.  We dismiss for want of
jurisdiction. 








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

In addition, the trial court entered a certification of the
defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 15, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman. 

Do Not Publish C Tex. R. App.
P. 47.2(b).